UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

CHAD W. MUMA,

        Plaintiff,                       Civil Action No. 2:20-CV-13418

v.                                        Hon. Terrence G. Berg
                                           United States District Judge

                                           Hon. Kimberly G. Altman
                                           United States Magistrate Judge

KILOLO KIJAKAZI,
Acting Commissioner of
the Social Security Administration,

        Defendant.

## STIPULATION TO REMAND TO THE COMMISSIONER

Pursuant to sentence four of 42 U.S.C. § 405(g), the parties stipulate that the Court should enter an order remanding the above-captioned case to the Commissioner for further administrative action. Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate the medical opinion evidence in accordance with the Agency's regulations and policies; offer the claimant the opportunity for a new hearing; and issue a new decision.

                                           Respectfully submitted,
                                           SAIMA MOHSIN
                                           Acting United States Attorney

| | |
|---|---|
| /s/ Crystal P. Bui | /s/ Nicole Sonia |
| Crystal P. Bui | Nicole Sonia |
| Bui Law, PLC | Assistant U.S. Attorney |
| 6026 Kalamazoo Ave. SE., Pmb 307 | Special Assistant United States Attorney |
| Kentwood, MI 49508 | Social Security Administration |
| (616) 855-2001 | Office of the General Counsel |
| cbui@builawplc.com[1] | J.F.K. Federal Building – Rm. 625 |
| | Boston, MA 02203 |
| | (617) 565-4281 |
| | nicole.sonia@ssa.gov[2] |

---

[1] Signed with consent obtained via email by Assistant Regional Counsel Nicole Sonia, received on November 19, 2021.

[2] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226. Bar Number MO 61618.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

CHAD W. MUMA,

        Plaintiff,                Civil Action No. 2:20-CV-13418

v.                                    Hon. Terrence G. Berg
                                    United States District Judge

                                    Hon. Kimberly G. Altman
                                    United States Magistrate Judge

KILOLO KIJAKAZI,
Acting Commissioner of
the Social Security Administration,

        Defendant.

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted, and this case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate the medical opinion evidence in accordance with the Agency's regulations and policies, offer the claimant an opportunity for a new hearing, and issue a new decision.

                                                        /s/Terrence G. Berg_____
                                                        Terrence G. Berg
                                                        United States District Judge

Date: November 30, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

CHAD W. MUMA,

        Plaintiff,                Civil Action No. 2:20-CV-13418

v.                                      Hon. Terrence G. Berg
                                           United States District Judge

                                           Hon. Kimberly G. Altman
                                           United States Magistrate Judge

KILOLO KIJAKAZI,
Acting Commissioner of
the Social Security Administration,

        Defendant.

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                            /s/Terrence G. Berg_____
                                                            Terrence G. Berg
                                                            United States District Judge

Date: November 30, 2021